IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN AZAMY PUERTAS-MENDOZA,<br>*Petitioner* | § § § | |
| -vs- | § § | SA-25-CV-00890-XR |
| PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN REYNALDO CASTRO, SOUTH TEXAS DETENTION COMPLEX;<br>*Respondents.* | § § § § § § § § § § § § § § § § § | |

**ORDER**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Juan Azamy Puertas-Mendoza, who is currently in detention in the South Texas Detention Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order, and that delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Kristi Noem, Secretary of the U.S. Department of Homeland Security, Pamela Bondi, Attorney General, Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement, and Sylvester Ortega, Field Office

Director for Detention and Removal, U.S. Immigration and Customs Enforcement. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas Detention Complex, 566 Veterans Dr, Pearsall, TX 78061, with copies of the Petition for Writ of Habeas Corpus and this Order, and such delivery by certified mail, return receipt requested, will constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition **within (3) days of the date of service.** *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 30th day of July, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE